No. 04–6474.  SMITH v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–6475.  SAUCEDO-VASQUEZ, AKA BELLO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6476.  LOZANO RIVAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6479.  WARD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–6481.  ARANO-LARA v. UNITED STATES (Reported below: 101 Fed. Appx. 453); CHAVEZ-MUNIZ v. UNITED STATES (101 Fed. Appx. 474); ESCALANTE-ALONZO v. UNITED STATES (101 Fed. Appx. 524); GARCIA-RIOS v. UNITED STATES (101 Fed. Appx. 485); GONZALEZ-AVILA v. UNITED STATES; HUERTA-PIMENTAL, AKA HUERTA v. UNITED STATES (101 Fed. Appx. 508); MIRANDA-BARRERA v. UNITED STATES (101 Fed. Appx. 505); MONTELONGO-CHAVEZ v. UNITED STATES (101 Fed. Appx. 506); RUIZ-RUIZ, AKA BAUELOS-GARCIA, AKA BANUELOS-GARCIA v. UNITED STATES (101 Fed. Appx. 471); and TISCARENO-RUELAS v. UNITED STATES (101 Fed. Appx. 477).  C. A. 5th Cir.  Certiorari denied.

No. 04–6483.  PULIDO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6485.  SKINNER, AKA WILLIS, AKA SHARP v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6488.  OLIVAS-QUIROZ, AKA QUIROZ-OLIVAS v. UNITED STATES; and PETRONI-ADAME v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6492.  BUITRON-GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6494.  MENDOZA-MORALES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–6495.  MEDRANO-JASSO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.